IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BARBARA COOK,

        Plaintiff,

vs.

CELERION, INC.,

        Defendant.

4:15CV3151

**ORDER**

Parties have filed a joint motion to continue remaining progression deadlines in this case. (Filing No. 39). Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 30, 2017, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on May 16, 2017 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 12, 2017.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 13, 2017. Motions to compel Rule 33 through 36 discovery must be filed by February 27, 2017 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)      The deposition deadline is February 13, 2017.

5)      The deadline for filing motions to dismiss and motions for summary judgment is February 2, 2017.

6)      Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

Dated this 19th day of December, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge